Anton Kucera, Appellee, v. Steber Manufacturing Company, Appellant.

Gen. No. 46,147.

Winston, Strawn, Black & Towner, for appellant; Neil McKay, of counsel; Mitchell Kilanowski, for appellee. Opinion by Presiding Justice Feinberg. Not to be published in full. Opinion filed June 9, 1954; released for publication July 2, 1954.